IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAY CHARLES MILLER                                                    PETITIONER

v.                                                        CIVIL NO. 1:22-cv-351-HSO-BWR

G.C.R.C.F., et al.                                                    RESPONDENTS

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE